Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000103
16-APR-2015
09:13 AM

NO. CAAP-15-0000103

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND
SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST,
SERIES 2012-17, Plaintiff-Appellee,
v.
JOHN L. LAUDON; WENDY W. LAUDON, Defendants-Appellants,
and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE
FOR COUNTRYWIDE BANK, N.A.; ROBERT THOMPSON; JOHN DOES 1-20;
JANE DOES 1-20; DOE CORPORATIONS 1-20; DOE ENTITIES 1-20;
AND DOE GOVERNMENTAL UNITS 1-20, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 12-1-0119)


ORDER APPROVING THE APRIL 9, 2015
STIPULATION FOR DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal, filed April 9, 2015, by Defendants-Appellants John L.
Laudon and Wendy W. Laudon, the papers in support, and the
record, it appears that (1) the stipulation is dated and signed
by counsel for all parties; (2) the parties seek to dismiss the
appeal pursuant to Hawai'i Rules of Appellate Procedure (HRAP)
Rule 42(b), which governs dismissal of docketed appeals; (3) the
appeal has not been docketed, so dismissal is authorized by HRAP
Rule 42(a); and (4) the parties agree to bear their own
attorney's fees and costs on appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, April 16, 2015.

Presiding Judge

Associate Judge

Associate Judge